# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BOBBY JOE GRUNDY,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:13-cv-01221-VEH-JEO |
| | ) |
| **COMMISSIONER KIM THOMAS,** | ) |
| et al., | ) |
| | ) |
|    **Defendants.** | ) |

## MEMORANDUM OPINION

On August 14, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. #14). Plaintiff filed his objections on August 29, 2014. (Doc. #15).

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections, the court hereby **ADOPTS** the report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that all federal claims in this action be dismissed as failing to state a claim upon which relief may be granted pursuant to 28 U.S.C § 1915A(b)(1) and/or (2). Further, the court **ACCEPTS** the

recommendations of the Magistrate Judge that this court decline to exercise supplemental jurisdiction over any of the state law claims in this action.

A separate order in accordance with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** on December 17, 2014.

                                                             _____
                                                             **VIRGINIA EMERSON HOPKINS**
                                                             United States District Judge